IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. G-03-14-S (01) |
| § | |
| SHANNON KEITH HARRIS § | |

**OPINION AND ORDER**

Before the Court is the Report and Recommendation from the United States Magistrate Judge which recommends that the " Second Motion to Suppress Evidence" of Defendant, Shannon Keith Harris, be denied. Harris has filed written objections to the Report and Recommendation.

Upon *de novo* review, pursuant to 28 U.S.C. § 636(b)(1)(C), the Court finds that the Report and Recommendation of the Magistrate Judge is a well reasoned and correct application of law to the facts relevant to the motion and that Harris' objections are without merit. Accordingly, the Report and Recommendation of the Magistrate Judge is **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

It is, therefore, the **ORDER** of this Court that the " Second Motion to Suppress Evidence" (Instrument no. 64) of Defendant, Shannon Keith Harris, is **DENIED**.

**DONE** at Galveston, Texas, this 12th day of May, 2005.

_____
Samuel B. Kent
United States District Judge